**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| KEITH JUDD, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:13-cv-351-TWP-TAB |
| | ) |
| OBAMA, et al., | ) |
| | ) |
| Defendants. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this action is dismissed pursuant to 28 U.S.C. § 1915A(b).

Date: _11/22/2013_

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Keith Judd
#11593-051
Texarkana FCI
P.O. Box 7000
Texarkana, TX 75505